IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JEROME WILLIS, #01615721 | § | |
| v. | § | CIVIL ACTION NO. 9:11CV94 |
| ALAVAN PHARMACEUTICAL LLC, *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this matter has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion for Default Judgment (document #50) be denied and that Defendant Alaven Pharmaceutical LLC's Motion for Summary Judgment (document #54) be granted. Plaintiff filed written objections to the Report and Recommendation on January 31, 2013.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (document #50) is **DENIED** and Defendant Alaven Pharmaceutical LLC's Motion for Summary Judgment (document #54) is

**GRANTED**.  The claims against Defendant Alaven Pharmaceutical LLC are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **2**   day of **February, 2013.**

_____
Ron Clark, United States District Judge