# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| JEROME WILLIS | § | |
| | § | |
| v. | § | NO. 9:11-CV-94 |
| | § | |
| SCHWARZ-PHARMA, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this matter has been presented for consideration. The Report and Recommendation recommends that Shwarz-Pharma, Inc.'s Motion for Summary Judgment (Doc. No. 90) be granted. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

The court finds that the findings and conclusions of the Magistrate Judge are correct and therefore, adopts the findings and conclusions as those of the court. Accordingly, it is

**ORDERED** that the Defendant Schwarz-Pharma Inc.'s Motion for Summary Judgment (Doc. No. 90) is **GRANTED**, and the claims against Defendant Schwarz-Pharma Inc. are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **23** day of **July, 2014.**

_____
Ron Clark, United States District Judge